4

STATE OF MONTANA, Plaintiff, vs. LELAND ARKINSON, Defendant.

## DECISION

No. 2734

The application of the above-named defendant for a review of the sentence of 5 years for Aggravated Assault imposed on January 16th, 1975, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and is hereby increased to a term of ten (10 years.

We wish to thank Steve Harmon of the Montana Defender Project for his assistance to the defendant and to this Court.

DATED this 24th day of April, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. EDWARD JOHN GLENN, Defendant.

## DECISION

No. 9399

The application of the above-named defendant for a review of the sentence of 12 years for Criminal Sale of Dangerous Drugs imposed on November 1st, 1974, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Jeff Sherlock of the Montana Defender Project for his assistance to the defendant and to this court.

DATED this 24th day of April, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.

STATE OF MONTANA, Plaintiff, vs. WAYNE LEE McPHERSON, Defendant.

## DECISION

No. 2429A

The application of the above-named defendant for a review of the sentence of 10 years each count Robbery, 15 years for Assault, to run concurrent Robbery 2 counts Assault 1 count imposed on November 14th, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

We wish to thank Charles Erdman of the Montana Defender Project for his assistance to the defendant and to this court.

DATED this 24th day of April, 1975.

SENTENCE REVIEW DIVISION

Jack D. Shanstrom, Chairman; Jack L. Green, Robert C. Sykes.